UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KEITH H. KING,<br><br>        Petitioner,<br><br>   v.<br><br>JOHN SOTO,<br><br>        Respondent. | Case No.  14-cv-03554-BLF<br><br>**ORDER RE: ANSWER TO PETITION FOR HABEAS CORPUS** |

Pursuant to Habeas Corpus Local Rule 2254-6(b), the Court hereby orders Respondent John Soto to answer the petition for habeas corpus. Respondent shall serve and file his Answer, and all accompanying materials as defined in Rule 2254-6(b), no more than 60 days from the date this Order issues.

Petitioner shall have 30 days from the date of Respondent's Answer to file with this Court a Traverse, pursuant to Rule 2254-6(c). Requests for enlargement of time by either party must company with the applicable Civil Local Rules for enlargement of time.

**IT IS SO ORDERED.**

Dated: August 14, 2014

_____
BETH LABSON FREEMAN
United States District Judge