IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KEITH H. KING,**<br><br>Petitioner,<br><br>v.<br><br>**JOHN SOTO, Warden,**<br><br>Respondent. | Case No. 14-cv-03554-BLF<br><br>[PROPOSED] ORDER |

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until February 3, 2015 to file a response to the petition for writ of habeas corpus. Petitioner may file and serve a traverse within 30 days of his receipt of the answer.

Dated: December 8, 2014

*/s/ Beth Labson Freeman*
The Honorable Beth Labson Freeman

[Proposed] Order (14-cv-03554-BLF)